# EXHIBIT B-6

COMPANY: State Farm

CLAIM # 53-135N-169

INSURED: Silvana Espinoza
ADDRESS: 609 Tara Dr.
Pharr, Texas 78577

## AWARD

We, the undersigned, pursuant to the within appointment, DO HEREBY CERTIFY that we have truly and conscientiously performed the duties assigned determined and do hereby award as the Actual Cash Value and the Replacement Cost Value of said property damaged by __Wind / Hail__.

Item __Dwelling__          $20,372.51

Item __Other Structures__  NA

Item _____

Item _____

Item _____

ACTUAL CASH VALUE    $18,184.06

TOTAL AMOUNT OF LOSS   $20,372.51

SPECIAL PROVISIONS:
1. Subject to policy provisions and deductible
2. Less any previous payments per this claim
3. Policy coverage to be addressed by others

Witness our hands this __26th__ day of __January__, __2016__.

Shannon Cook                                                    _____ APPRAISER

Darrell Edwards                                         _____Darrell Edwards_____ APPRAISER

Cecil Parker                                            _____ UMPIRE

## Cecil Parker

Insured: Silvana Espinoza
Property: 609 Tara Dr.
Pharr, TX 78577

Estimator: Cecil Parker

**Claim Number:** 53-135N-169   **Policy Number:** 83-BS-R741-6   **Type of Loss:** ---

Date of Loss: 3/29/2012                 Date Received:
Date Inspected: 12/27/2015              Date Entered: 1/25/2016 6:12 PM

Price List: TXMC8X_JAN16
            Restoration/Service/Remodel
Estimate:   53-135N-169

**Cecil Parker**

53-135N-169

Exterior Damage

### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Remove Laminated - comp. shingle rfg. - w/ felt | 32.30 SQ | 49.27 | 0.00 | 318.28 | 1,909.70 | (0.00) | 1,909.70 |
| 2. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 32.30 SQ | 8.60 | 0.00 | 55.56 | 333.34 | (0.00) | 333.34 |
| 3. Laminated - comp. shingle rfg. - w/ felt | 37.33 SQ | 178.97 | 308.40 | 1,397.88 | 8,387.23 | (1,336.19) | 7,051.04 |
| 4. Additional charge for steep roof - 7/12 to 9/12 slope | 37.33 SQ | 26.38 | 0.00 | 196.96 | 1,181.73 | (0.00) | 1,181.73 |
| 5. Asphalt starter - universal starter course | 286.00 LF | 1.31 | 11.56 | 77.26 | 463.48 | (74.93) | 388.55 |
| 6. R&R Drip edge | 286.00 LF | 1.68 | 14.86 | 99.08 | 594.42 | (84.08) | 510.34 |
| 7. R&R Valley metal | 125.00 LF | 3.88 | 16.91 | 100.40 | 602.31 | (87.75) | 514.56 |
| 8. (Install) Ridge cap - composition shingles | 268.00 LF | 1.94 | 0.00 | 103.98 | 623.90 | (103.98) | 519.92 |
| 9. R&R Flashing - pipe jack | 5.00 EA | 29.65 | 3.55 | 30.38 | 182.18 | (25.31) | 156.87 |
| 10. R&R Roof vent - turtle type - Metal | 1.00 EA | 43.09 | 1.24 | 8.86 | 53.19 | (7.51) | 45.68 |
| 11. R&R Continuous ridge vent - shingle-over style | 28.00 LF | 6.44 | 6.84 | 37.44 | 224.60 | (33.15) | 191.45 |
| 12. Digital satellite system - Detach & reset | 1.00 EA | 22.30 | 0.00 | 4.46 | 26.76 | (0.00) | 26.76 |
| 13. Digital satellite system - alignment and calibration only | 1.00 EA | 66.89 | 0.00 | 13.38 | 80.27 | (0.00) | 80.27 |
| **Totals: Roof** | | | 363.36 | 2,443.92 | 14,663.11 | 1,752.90 | 12,910.21 |

### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 14. Reglaze double-pane thermal window unit, 10 - 16 sf - 1 on front elev / 1 on right elev.* | 2.00 EA | 226.74 | 28.24 | 96.34 | 578.06 | (90.70) | 487.36 |
| 15. Add on for grid (double or triple pane windows) | 15.00 SF | 2.35 | 2.91 | 7.64 | 45.80 | (0.00) | 45.80 |
| 16. Add on for "Low E" glass | 15.00 SF | 1.71 | 2.12 | 5.56 | 33.33 | (0.00) | 33.33 |
| **Totals: Exterior** | | | 33.27 | 109.54 | 657.19 | 90.70 | 566.49 |

| **Total: Exterior Damage** | | | 396.63 | 2,553.46 | 15,320.30 | 1,843.60 | 13,476.70 |

Interior Damage

**Cecil Parker**

| Entry/Foyer | | | | | | Height: 12' |
|---|---|---|---|---|---|---|
| 835.44 SF Walls | | | | 275.41 SF Ceiling | | |
| 1110.85 SF Walls & Ceiling | | | | 275.41 SF Floor | | |
| 30.60 SY Flooring | | | | 64.25 LF Floor Perimeter | | |
| 76.33 LF Ceil. Perimeter | | | | | | |

| | | | |
|---|---|---|---|
| Missing Wall - Goes to Floor | 3' X 6' 8" | | Opens into HALL |
| Missing Wall - Goes to Floor | 3' X 6' 8" | | Opens into LIVING_ROOM |
| Missing Wall - Goes to Floor | 3' X 6' 8" | | Opens into LIVING_ROOM |
| Missing Wall - Goes to Floor | 3' 1" X 6' 8" | | Opens into KITCHEN |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17. R&R 1/2" drywall - hung, taped, floated, ready for paint | 32.00 SF | 1.66 | 1.08 | 10.84 | 65.04 | (8.96) | 56.08 |
| 18. R&R Blown-in insulation - 12" depth - R30 | 32.00 SF | 1.37 | 1.48 | 9.06 | 54.38 | (4.93) | 49.45 |
| 19. Apply plant-based anti-microbial agent | 32.00 SF | 0.18 | 0.69 | 1.18 | 7.63 | (0.00) | 7.63 |
| 20. Texture drywall - light hand texture | 32.00 SF | 0.35 | 0.11 | 2.26 | 13.57 | (2.24) | 11.33 |
| 21. Seal/prime then paint the ceiling (2 coats) | 275.41 SF | 0.70 | 3.41 | 39.24 | 235.44 | (38.56) | 196.88 |
| 22. Paint the walls - two coats | 835.44 SF | 0.68 | 13.10 | 116.24 | 697.44 | (113.62) | 583.82 |
| 23. Content Manipulation charge - per hour | 1.00 HR | 26.13 | 0.00 | 5.22 | 31.35 | (0.00) | 31.35 |
| 24. Floor protection - self-adhesive plastic film | 275.41 SF | 0.47 | 2.95 | 26.48 | 158.87 | (0.00) | 158.87 |
| 25. Detach & Reset Heat/AC register - Mechanically attached | 2.00 EA | 8.83 | 0.00 | 3.54 | 21.20 | (0.00) | 21.20 |
| 26. Detach & Reset Recessed light fixture - trim only | 2.00 EA | 2.02 | 0.00 | 0.80 | 4.84 | (0.00) | 4.84 |
| 27. Detach & Reset Hanging light fixture | 2.00 EA | 34.91 | 0.00 | 13.96 | 83.78 | (0.00) | 83.78 |
| 28. Window blind - horizontal or vertical - Detach & reset | 4.00 EA | 22.39 | 0.00 | 17.92 | 107.48 | (0.00) | 107.48 |
| 29. Detach & Reset Smoke detector | 1.00 EA | 33.82 | 0.00 | 6.76 | 40.58 | (0.00) | 40.58 |
| 30. Detach & Reset Door chime* | 1.00 EA | 33.01 | 0.00 | 6.60 | 39.61 | (0.00) | 39.61 |
| 31. Detach & Reset Thermostat - electric heat | 1.00 EA | 29.48 | 0.00 | 5.90 | 35.38 | (0.00) | 35.38 |
| 32. Clean floor - tile | 275.41 SF | 0.42 | 12.71 | 23.36 | 151.74 | (0.00) | 151.74 |
| **Totals: Entry/Foyer** | | | 35.53 | 289.36 | 1,748.33 | 168.31 | 1,580.02 |

Cecil Parker



### Living Room — Height: 12'

594.89 SF Walls             208.00 SF Ceiling
802.89 SF Walls & Ceiling   208.00 SF Floor
23.11 SY Flooring           42.83 LF Floor Perimeter
58.00 LF Ceil. Perimeter

| | | |
|---|---|---|
| Missing Wall - Goes to Floor | 9' 2" X 6' 8" | Opens into KITCHEN |
| Missing Wall - Goes to Floor | 3' X 6' 8" | Opens into ENTRY_FOYER |
| Missing Wall - Goes to Floor | 3' X 6' 8" | Opens into ENTRY_FOYER |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 33. Mask and prep for paint - tape only (per LF) | 58.00 LF | 0.41 | 0.19 | 4.80 | 28.77 | (0.00) | 28.77 |
| 34. Paint the walls - two coats | 594.89 SF | 0.68 | 9.32 | 82.76 | 496.61 | (80.91) | 415.70 |
| 35. Content Manipulation charge - per hour | 2.00 HR | 26.13 | 0.00 | 10.46 | 62.72 | (0.00) | 62.72 |
| 36. Floor protection - self-adhesive plastic film | 208.00 SF | 0.47 | 2.23 | 20.00 | 119.99 | (0.00) | 119.99 |
| 37. Window blind - horizontal or vertical - Detach & reset | 3.00 EA | 22.39 | 0.00 | 13.44 | 80.61 | (0.00) | 80.61 |
| 38. Clean floor - tile | 208.00 SF | 0.42 | 9.60 | 17.66 | 114.62 | (0.00) | 114.62 |
| **Totals: Living Room** | | | 21.34 | 149.12 | 903.32 | 80.91 | 822.41 |



### Kitchen — Height: 12'

584.33 SF Walls             150.81 SF Ceiling
735.14 SF Walls & Ceiling   150.81 SF Floor
16.76 SY Flooring           43.25 LF Floor Perimeter
55.50 LF Ceil. Perimeter

| | | |
|---|---|---|
| Missing Wall - Goes to Floor | 3' 1" X 6' 8" | Opens into ENTRY_FOYER |
| Missing Wall - Goes to Floor | 9' 2" X 6' 8" | Opens into LIVING_ROOM |

### Subroom: Room4 (1) — Height: 8'

113.26 SF Walls             12.51 SF Ceiling
125.77 SF Walls & Ceiling   12.51 SF Floor
1.39 SY Flooring            14.16 LF Floor Perimeter
14.16 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 39. Mask and prep for paint - tape only (per LF) | 69.66 LF | 0.41 | 0.23 | 5.76 | 34.55 | (0.00) | 34.55 |

**Cecil Parker**

### CONTINUED - Kitchen

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 40. Paint part of the walls - two coats | 523.19 SF | 0.68 | 8.20 | 72.80 | 436.77 | (71.15) | 365.62 |
| 41. Content Manipulation charge - per hour | 2.00 HR | 26.13 | 0.00 | 10.46 | 62.72 | (0.00) | 62.72 |
| 42. Floor protection - self-adhesive plastic film | 163.32 SF | 0.47 | 1.75 | 15.72 | 94.23 | (0.00) | 94.23 |
| 43. Window blind - horizontal or vertical - Detach & reset | 3.00 EA | 22.39 | 0.00 | 13.44 | 80.61 | (0.00) | 80.61 |
| 44. Remove Security system - key pad | 1.00 EA | 1.73 | 0.00 | 0.34 | 2.07 | (0.00) | 2.07 |
| 45. (Install) Security system - key pad | 1.00 EA | 70.41 | 0.00 | 14.08 | 84.49 | (0.00) | 84.49 |
| 46. Clean floor - tile | 163.32 SF | 0.42 | 7.52 | 13.86 | 89.97 | (0.00) | 89.97 |
| **Totals: Kitchen** | | | **17.70** | **146.46** | **885.41** | **71.15** | **814.26** |



**Hall**  Height: 8'

240.00 SF Walls           42.25 SF Ceiling
282.25 SF Walls & Ceiling 42.25 SF Floor
4.69 SY Flooring          29.50 LF Floor Perimeter
32.50 LF Ceil. Perimeter

**Missing Wall - Goes to Floor**   3' X 6' 8"   Opens into ENTRY_FOYER

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 47. Mask and prep for paint - tape only (per LF) | 32.50 LF | 0.41 | 0.11 | 2.68 | 16.12 | (0.00) | 16.12 |
| 48. Paint part of the walls - two coats | 180.00 SF | 0.68 | 2.82 | 25.04 | 150.26 | (24.48) | 125.78 |
| 49. Content Manipulation charge - per hour | 2.00 HR | 26.13 | 0.00 | 10.46 | 62.72 | (0.00) | 62.72 |
| 50. Floor protection - self-adhesive plastic film | 42.25 SF | 0.47 | 0.45 | 4.08 | 24.39 | (0.00) | 24.39 |
| 51. Detach & Reset Smoke detector | 1.00 EA | 33.82 | 0.00 | 6.76 | 40.58 | (0.00) | 40.58 |
| 52. Clean floor - tile | 42.25 SF | 0.42 | 1.95 | 3.60 | 23.30 | (0.00) | 23.30 |
| **Totals: Hall** | | | **5.33** | **52.62** | **317.37** | **24.48** | **292.89** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total: Interior Damage** | | | 79.90 | 637.56 | 3,854.43 | 344.85 | 3,509.58 |

**General**

Cecil Parker

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 53. Residential Supervision / Project Management - per hour | 4.00 HR | 50.30 | 0.00 | 40.24 | 241.44 | (0.00) | 241.44 |
| 54. Haul debris - per pickup truck load - including dump fees | 1.00 EA | 98.18 | 0.00 | 19.64 | 117.82 | (0.00) | 117.82 |
| 55. Temporary toilet (per month) | 1.00 MO | 132.01 | 0.00 | 26.40 | 158.41 | (0.00) | 158.41 |
| 56. Taxes, insurance, permits & fees (Bid item) | 1.00 EA | 150.00 | 0.00 | 30.00 | 180.00 | (0.00) | 180.00 |
| 57. Scaffold - per section (per week) - 4 sections / 2 weeks* | 2.00 WK | 48.00 | 0.00 | 19.20 | 115.20 | (0.00) | 115.20 |
| 58. Scaffolding Setup & Take down - per hour and moving room / room.* | 2.00 HR | 26.13 | 0.00 | 10.46 | 62.72 | (0.00) | 62.72 |
| **Totals: General** | | | 0.00 | 145.94 | 875.59 | 0.00 | 875.59 |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 59. Drywall labor minimum* | 1.00 EA | 179.60 | 0.00 | 35.92 | 215.52 | (0.00) | 215.52 |
| 60. Window labor minimum* | 1.00 EA | 28.11 | 0.00 | 5.62 | 33.73 | (0.00) | 33.73 |
| 61. Insulation labor minimum* | 1.00 EA | 60.78 | 0.00 | 12.16 | 72.94 | (0.00) | 72.94 |
| **Totals: Labor Minimums Applied** | | | 0.00 | 53.70 | 322.19 | 0.00 | 322.19 |
| **Line Item Totals: 53-135N-169** | | | 476.53 | 3,390.66 | 20,372.51 | 2,188.45 | 18,184.06 |

**Grand Total Areas:**

| 3,134.59 | SF Walls | 1,015.92 | SF Ceiling | 4,150.51 | SF Walls and Ceiling |
| 971.09 | SF Floor | 107.90 | SY Flooring | 289.82 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 332.32 | LF Ceil. Perimeter |
| | | | | | |
| 971.09 | Floor Area | 1,058.23 | Total Area | 3,134.59 | Interior Wall Area |
| 2,019.85 | Exterior Wall Area | 186.50 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

53-135N-169                                                                1/26/2016           Page: 6

Cecil Parker

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 16,505.32 |
| Material Sales Tax | 444.06 |
| Cleaning Mtl Tax | 2.95 |
| Subtotal | 16,952.33 |
| Overhead | 1,695.33 |
| Profit | 1,695.33 |
| Cleaning Sales Tax | 29.52 |
| **Replacement Cost Value** | **$20,372.51** |
| Less Depreciation | (2,188.45) |
| **Actual Cash Value** | **$18,184.06** |
| **Net Claim** | **$18,184.06** |
| Total Recoverable Depreciation | 2,188.45 |
| **Net Claim if Depreciation is Recovered** | **$20,372.51** |

Cecil Parker